**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

|  |  |
|---|---|
| **ATHENA SECURITY, LLP**<br><br>Plaintiff,<br><br>v.<br><br>**DELL TECHNOLOGIES, INC.**<br><br>Defendant. | **Case No. 1:26-cv-01197-ADA**<br><br><br>**JURY TRIAL DEMANDED** |

## <u>SCHEDULING ORDER</u>

The Court ORDERS that the following schedule will govern the deadlines up to and including the trial of this matter:

| DATE | DEADLINE / EVENT |
|---|---|
| May 29, 2026 | Plaintiff serves Preliminary Infringement Contentions (PICs) — chart showing where each claim element is found in accused product(s); identify earliest priority date for each asserted claim; produce (1) all documents evidencing conception and reduction to practice, and (2) file history for each patent in suit. [Per agreement of the parties] |
| **May 22, 2026** | **CASE MANAGEMENT CONFERENCE (CMC) [deemed CMC date]** |
| June 5, 2026 | Parties file motion to enter agreed Scheduling Order. If parties cannot agree, submit joint motion briefly setting forth positions. [2 weeks after CMC] |
| June 12, 2026 | Deadline to file motion to transfer. After this deadline, movant must seek leave and show good cause. [3 weeks after CMC, or 8 weeks after receiving/waiving service of complaint, whichever is later] |
| August 7, 2026 | Defendant serves Preliminary Invalidity Contentions — (1) claim chart identifying prior art references for each claim element; (2) identification of limitations alleged indefinite or lacking written description under § 112; (3) identification of claims alleged directed to ineligible subject matter under § 101. Defendant also produces (1) all prior art referenced in contentions, and (2) technical documents (including software) sufficient to show operation of accused product(s). [Per agreement of the parties] |
| August 21, 2026 | Parties exchange claim terms for construction. [2 weeks after invalidity contentions] |

| DATE | DEADLINE / EVENT |
| --- | --- |
| September 4, 2026 | Parties exchange proposed claim constructions. [4 weeks after invalidity contentions] |
| September 11, 2026 | Parties disclose extrinsic evidence, including identity of any expert witness to be relied upon for claim construction or indefiniteness (with scope of expected testimony), and identification by production number or copy of each item of extrinsic evidence not previously produced. [5 weeks after invalidity contentions] |
| September 18, 2026 | Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions. [6 weeks after invalidity contentions] |
| September 25, 2026 | Defendant files Opening Claim Construction Brief (including any indefiniteness arguments). [7 weeks after invalidity contentions] |
| October 16, 2026 | Plaintiff files Responsive Claim Construction Brief. [3 weeks after Defendant's Opening Brief] |
| October 30, 2026 | Defendant files Reply Claim Construction Brief. Parties jointly email law clerks to confirm Markman date and notify if any venue or jurisdictional motions remain unripe. [2 weeks after Plaintiff's Response] |
| November 13, 2026 | Plaintiff files Sur-Reply Claim Construction Brief. [2 weeks after Defendant's Reply] |
| November 18, 2026 | Parties submit Joint Claim Construction Statement; email law clerks editable copy. [3 business days after sur-reply] |
| November 20, 2026 | Deadline to submit optional technology tutorials to Court and technical advisor (if appointed) — at least 10 days before Markman Hearing. |
| **December 4, 2026** | **MARKMAN HEARING — 9:00 a.m. (placeholder; Court may adjust)** |
| December 7, 2026 | Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a). [1 business day after Markman] |
| January 15, 2027 | Deadline to add parties. [6 weeks after Markman] |
| January 29, 2027 | Deadline to serve Final Infringement and Invalidity Contentions. Leave of Court required for any amendment after this date. [8 weeks after Markman] |
| March 26, 2027 | Deadline to amend pleadings. Motion not required unless amendment adds patents or patent claims (including amendments in response to 12(c) motion). [16 weeks after Markman] |
| June 4, 2027 | First of two meet and confers to discuss significantly narrowing number of asserted claims and prior art references. If parties cannot agree, contact Court for teleconference. [26 weeks after Markman] |
| July 2, 2027 | Close of Fact Discovery. [30 weeks after Markman] |
| July 9, 2027 | Opening Expert Reports. [31 weeks after Markman] |
| August 6, 2027 | Rebuttal Expert Reports. [35 weeks after Markman] |
| August 27, 2027 | Close of Expert Discovery. [38 weeks after Markman] |
| September 3, 2027 | Second of two meet and confers to discuss narrowing asserted claims and prior art references to triable limits. Parties shall file Joint Report within 5 business days regarding results. [39 weeks after Markman] |

| DATE | DEADLINE / EVENT |
| --- | --- |
| September 10, 2027 | Dispositive Motion (MSJ) and Daubert Motion deadline. Deadline for parties wishing to consent to trial before Magistrate Judge to submit Form AO 85. [40 weeks after Markman] |
| September 24, 2027 | Serve Pretrial Disclosures (jury instructions, exhibit lists, witness lists, deposition designations). [42 weeks after Markman] |
| October 8, 2027 | Serve objections to pretrial disclosures / rebuttal disclosures. [44 weeks after Markman] |
| October 15, 2027 | Serve objections to rebuttal disclosures; file Motions in Limine. [45 weeks after Markman] |
| October 22, 2027 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibit lists, witness lists, discovery and deposition designations); file Oppositions to Motions in Limine. Parties obligated from this date to notify Court within 7 days of any changes to asserted patents or claims. [46 weeks after Markman] |
| October 29, 2027 | File Replies to Motions in Limine; file Notice of Request for Daily Transcript or Real Time Reporting (if desired). [47 weeks after Markman] |
| November 5, 2027 | Deadline to meet and confer regarding remaining objections and disputes on Motions in Limine. [48 weeks after Markman] |
| November 9, 2027 | File joint notice identifying remaining objections to pretrial disclosures and disputes on Motions in Limine. [3 business days before Final Pretrial Conference] |
| **November 12, 2027** | **FINAL PRETRIAL CONFERENCE (in person unless otherwise requested). [49 weeks after Markman]** |
| **December 10, 2027** | **JURY SELECTION / TRIAL. [52 weeks after Markman]** |

**IT IS SO ORDERED.**

**SIGNED** this 8th day of July, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

4